COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-20-00045-CV |
| Trial Court Cause Number: | 2017-11430 |
| Style: | Angelina Guerrero |
| | v. Bertha G. Cardenas |
| Date motion filed*: | November 10, 2020 |
| Type of motion: | Motion for Leave to File Amended Brief |
| Party filing motion: | Appellee |
| Document to be filed: | Amended Appellee's Brief |

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☒   Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
              ☒ Acting individually     ☐ Acting for the Court

Date:  December 8, 2020